RECEIVED

FEB - 6 2006

ROBERT ... CLERK
WESTERN ... LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  4 , 6 , 06
         6B

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| TERENCE SIAS | CIVIL ACTION NO. 05-1558-L |
| VS. | SECTION P |
| JAMES ROGERS, WARDEN | CHIEF JUDGE HAIK |
| | MAGISTRATE JUDGE METHVIN |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** as time- barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in Chambers, in Lafayette, Louisiana, on this  5  day of _Hpril_, 2006.

_____
RICHARD T. HAIK, SR.
CHIEF JUDGE